IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONNA BLOODWORTH                                                          PLAINTIFF

V.                                         4:10CV00518 JMM

CBL/PARK PLAZA MALL, LLC                                                  DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties, the case is dismissed with prejudice.  The will retain jurisdiction for thirty (30) days for purposes of enforcing the settlement agreement.

IT IS SO ORDERED this 2nd day of December, 2011.


_____
UNITED STATES DISTRICT JUDGE